Thomas P. Riley, SBN 194706  
LAW OFFICES OF THOMAS P. RILEY, P.C.  
First Library Square  
1114 Fremont Avenue  
South Pasadena, CA 91030-3227  

JS-6

Tel:  626-799-9797  
Fax: 626-799-9795  
TPRLAW@att.net  

Attorneys for Plaintiff  
J & J Sports Productions, Inc.  

UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  

| | |
|---|---|
| J & J Sports Productions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Araceli Martinez Uribe,<br><br>Defendant. | CASE NO. 8:12-cv-02080-WDK-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ARACELI MARTINEAZ URIBE, individually and d/b/a NAPLES PIZZA AND CHOPAN KABOB |

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ARACELI MARTINEAZ URIBE, individually and d/b/a NAPLES PIZZA AND CHOPAN KABOB, that the above-entitled action is hereby dismissed **with prejudice** against ARACELI MARTINEAZ URIBE, individually and d/b/a NAPLES PIZZA AND CHOPAN KABOB.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1).  Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____  
**The Honorable William D. Keller**  
**United States District Court**  
**Central District of California**

Dated: September 10, 2014

**STIPULATION OF DISMISSAL**  
**Case No. 8:12-cv-02080-WDK-PLA**  
 **PAGE 1**